ORIGINAL

**FILED**

07/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422



IN THE MATTER OF THE PETITION OF PAUL
ROBIN SCHEELE

**FILED**

JUL 13 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Paul Robin Scheele has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Scheele's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Scheele passed the MPRE in 2005 when seeking admission to the practice of law in California, where Scheele was admitted. The petition states that, since 2005, Scheele "has been a member, discipline-free and in good standing, of the State Bar of California." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Paul Robin Scheele to waive the three-year test requirement for the MPRE for purposes of Scheele's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 13th day of July, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices